Name and address:
Rob L. Phillips
FisherBroyles, LLP (SBN 175354)
145 S. Fairfax Ave., 2nd Floor
Los Angeles, CA 90036
949-290-9631
rob.phillips@fisherbroyles.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JING LIU <br><br> v. <br><br> JAMES TURCO, et al <br><br> Plaintiff(s) / Defendant(s). | CASE NUMBER <br> 2:26-cv-01671-CAS-KSx <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Shawn T. Sheehy
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-258-0741
*Telephone Number*    *Fax Number*

shawn.sheehy@fisherbroyles.com
*E-Mail Address*

of

FisherBroyles, LLP
1200 G Street NW.
Suite 800
Washington, D.C. 20005
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Plaintiff JING LIU

*Name(s) of Party(ies) Represented*    [X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other:

and designating as Local Counsel

Rob L. Phillips
*Designee's Name (Last Name, First Name & Middle Initial)*

175354        949-290-9631
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

rob.phillips@fisherbroyles.com
*E-Mail Address*

of

FisherBroyles, LLP (175354)
145 S. Fairfax Ave., 2nd Floor
Los Angeles, CA 90036
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
  [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  [ ] for failure to complete Application: _____
  [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
  [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge