Rob L. Phillips
FisherBroyles, LLP
California Bar Number 175354
145 S. Fairfax Ave., 2nd floor
Los Angeles, CA 90036
Direct: (949) 290-9631
rob.phillips@fisherbroyles.com

Shawn T. Sheehy
FisherBroyles, LLP
D.C. Bar Number 90002670
*Pro Hac Vice* pending
1200 G Street NW.
Suite 800
Washington, D.C. 20005
Direct: 202-258-0741
shawn.sheehy@fisherbroyles.com

He Xian
FisherBroyles, LLP
Michigan Bar Number P81366
*Pro Hac Vice* forthcoming
400 Renaissance Center, Suite 2600
Detroit, MI 48243
Direct: 678-539-9029
he.xian@fisherbroyles.com
*Counsel to* Ms. Jing Liu

*Attorneys for Plaintiff Jing Liu*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JING LIU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JIM TURCO, an individual, MARGARET CHEN, an individual, AMERICAN GATEWAY REGIONAL CENTERS, LLC, a California limited liability company, 1875 N. PALM CANYON GATEWAY PARTNERS I, LP, | Case No. 2:26-cv-01671-CAS-KSx<br><br>**EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME TO SERVE CORPORATE DEFENDANTS AND DIRECTING THAT SERVICE BE MADE ON THE CALIFORNIA SECRETARY OF STATE** |

1

FISHERBROYLES, LLP
145 S. Fairfax, 2nd Floor
Los Angeles, CA 90036
Telephone: (949) 290-9631

a California limited partnership, 1875 N. PALM CANYON GATEWAY PARTNERS II, LP, a California limited partnership, JM INVESTMENT GROUP, LLC, a California limited liability company, KRISTI NOEM, Secretary of the Department of the Homeland Security, ALISSA EMMEL, Chief of the Immigrant Investor Program Office United States Citizenship and Immigration Services

Defendants.

## BACKGROUND

Nearly three months have passed since Plaintiff, Jing Liu, filed her Complaint. The U.S. Attorney's Office was served on March 4, 2026 in accordance with Fed. R. Civ. P. 4(i)(1)(A)(i). Numerous attempts, however, have been made to serve individual Defendants James Turco and Margaret Cheng Turco. Numerous attempts have also been made to serve corporate Defendants American Gateway Regional Centers, LLC ("AGRC"), 1875 N. Palm Canyon Gateway Partners I, LP ("Canyon Partners I"), 1875 N. Palm Canyon Partners II, LLC ("Canyon Partners II), and the JM Investment Group, LLC ("JMIG"). (collectively the "Turco Corporate Defendants") (Ex. A). Ms. Liu has also engaged the services of a private investigator to locate these Defendants. Accordingly, Ms. Liu respectfully requests an order for an additional sixty (60) days to serve the Turco Corporate Defendants  and an order directing that service on the Turco Corporate Defendants can be made via the California Secretary of State.

## STANDARD OF REVIEW

Rule 4(m) of the Federal Rules of Civil Procedure provides:

If a defendant is not served within 90 days after the complaint is filed, the court— on motion or on its own after notice to the plaintiff—must dismiss the action

2

**FISHERBROYLES, LLP**
145 S. Fairfax, 2nd Floor
Los Angeles, CA 90036
Telephone: (949) 290-9631

without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

In this case, the Complaint was filed on February 17, 2026.  Thus, the deadline to serve the Complaint is May 18, 2026.  Despite diligent efforts, Plaintiff has been unable to serve the Turco Corporate Defendants and therefore seek an additional sixty (60) days to do so.

Moreover, California law permits service on a corporation through the following methods:

1.  "a designated agent for service of process";

2.  "Enumerated officers and other authorized agents of the corporation";

3.  "a cashier or assistant cashier of a banking corporation"; and

4.  "where the party attempting service cannot with reasonable diligence serve an individual in any other category, the Secretary of State as provided by Corporations Code Section 1702."

*Gibble v. Car-Lane Research, Inc.*, 67 Cal. App. 4th 295, 303 (1998) (citing Cal. Code of Civ. Proc. § 416.10).

Rule 4(e)(1) of the Federal Rules of Civil Procedure permits this form of service because it is consistent with state law where service is made. *See also* Fed. R. Civ. P 4(h)(1)(A) (permitting service on corporations that is consistent with Fed. R. Civ. P. 4(e)(1)). To obtain an order permitting Ms. Liu to serve the Turco Corporate Defendants through the California Secretary of State, Ms. Liu must show that "the corporation cannot be served with the exercise of due diligence in any other manner provided by law." *Verizon California Inc. v. OnlineNIC Inc.*, No. C08-2832 JF(RS), 2008 U.S. Dist. LEXIS 77198 at *4 (N.D. Cal. Sept. 16, 2008) (quoting *Viewtech, Inc. v. Skytech USA, Inc.*, No. 07-cv-5410L, 2007 U.S. Dist. LEXIS 97885, *2-3 (C.D. Cal. May 14, 2007).

**ARGUMENT**

Both the California Code of Civil Procedure and the California's Corporation Code vest this Court with the authority:

> to issue an order that service may be made upon the Secretary of State where: (1) a plaintiff proves he or she is unable to personally serve a corporate defendant because the designated agent for service or process cannot with reasonable diligence be found at the address designated for personally delivering the process and (2) it is shown by affidavit or declaration to the Court that process cannot be served with reasonable diligence in any other way.

*Indian Hills Holdings, LLC v. Frye*, 337 F.R.D. 293, 299 (S.D. Cal. 2020).

Generally, reasonable diligence is satisfied where a plaintiff makes "two or three attempts at personal service at a proper place…". *Motul S.A. v. USA Wholesale Lubricant, Inc.*, 686 F. Supp. 3d 900, 908 (N.D. Cal. 2023).  (quoting *Espindola v. Nunez,* 199 Cal. App. 3d 1389, 1392, 245 Cal. Rptr. 596 (1988)).  Reasonable diligence also requires a plaintiff to attempt to serve the defendant by at least two methods, e.g., personal service and service by posting and mailing the summons. *Indian Hills Holdings, LLC*, 337 F.R.D. at 301. Reasonable diligence also includes inquiring of neighbors as to the defendant's whereabouts. *See id*.

As is discussed further below, Ms. Liu, through her counsel, took the following actions to try and find Defendants James Turco, Margaret Cheng Turco, AGRC, Canyon Partners I, Canyon Partners II, and JMIG:

- LexisNexis Public Records Searches for the addresses of the personal residences of James Turco and Margaret Cheng Turco;

- Searches for AGRC, Canyon Partners I, Canyon Partners II, and JMIG on the California Secretary of State's website;

- Plaintiff's process servers asked receptionists and other employees concerning the whereabouts of James Turco and Margaret Cheng Turco;

- Plaintiff's process servers asked neighbors concerning the whereabouts of James Turco

FISHER·BROYLES, LLP
145 S. Fairfax, 2nd Floor
Los Angeles, CA 90036
Telephone: (949) 290-9631

and Margaret Cheng Turco;

- Counsel emailed both James Turco and Margaret Cheng Turco asking for their address; and

- Plaintiff hired a private investigator to search for addresses associated with James Turco and Margaret Cheng Turco.

Decl. of Rob Phillips ¶¶ 3-5. Ex. I.

Accordingly, this Court should grant the Application permitting Plaintiff an additional sixty (60) days to serve the Turco Corporate Defendants and permit service on the California Secretary of State.

## I.    Ms. Liu Has Exercised Due Diligence in Attempting to Service The Turco Corporate Defendants.

Ms. Liu has attempted to serve the Turco Corporate Defendants at the addresses listed on their respective official corporate filings. Some of these addresses, however, are for virtual offices and those offices refuse to accept service on behalf of the Turco Corporate Defendants. As for the other addresses, the Turcos seemed to have listed false addresses on their corporate filings.

### A.    American Gateway Regional Centers, LLC

The two officers for AGRC are James Turco and Margaret Cheng Turco. Compl. Ex. Q at 2 (identifying James Turco and Margaret Cheng Turco as President and Vice-President respectively); Compl. Ex. F at 1 (identifying James Turco and Margaret Cheng Turco as the applicants on AGRC's application to USCIS); Compl. Ex. G at 6-8 (identifying James Turco and Margaret Cheng Turco as the only two members and as the only two managers).

The latest filing on the California Secretary of State's office is dated September 15, 2025. Ex. B. On that filing, AGRC lists its registered agent and registered address as:

Margaret Turco
930 Roosevelt

325
Irvine, California 92620

930 Roosevelt, however, is a virtual office and suite 325 is not a suite but a mailbox.

*First*, Mr. Mark Victor, registered California process server attempted to serve AGRC on March 6, 2026 at 6:22pm. Mr. Victor declares, under penalty of perjury, that the building is a two story building with suite numbers ranging from 101-237. There is no suite 325.

*Second*, the following day, on March 7, 2026, Ms. Esther Meza attempted to serve AGRC. Ms. Meza attempted to drop service with the receptionist at 930 Roosevelt. The receptionist, however, refused to accept service. Although the receptionist did purport to recognize the names of Mr. and Ms. Turco, and stated that they periodically come to 930 Roosevelt to retrieve their mail, the receptionist did not say which mailbox belonged to the Turcos.[1]

## B. Canyon Partners I

The General Partner of Canyon Partners I is AGRC. Compl. Ex. B. The managing members of AGRC are James Turco and Margaret Cheng Turco. Compl. Ex. G at 6-8; Compl. Ex. Q at 2.

For Canyon Partners I, the latest filing with the California Secretary of State's office is from July 22, 2019. On this filing, the agent and the agent's address for service of process is:

James Turco
100 Spectrum Center Drive
Suite 530
Irvine, California 92618

Ex. C.

*First*, on March 5, 2026, at approximately 1:39pm, Jeri Salazar, a registered California process server, attempted service at 100 Spectrum Center Drive, Suite 530. Ms. Salazar reports that the office door was locked and despite repeated knocking, no one answered the door.  Ms.

---

[1] On April 15, 2026, Plaintiff's counsel Rob L. Phillips also visited 930 Roosevelt and was told the very same thing by the receptionist. Decl. of Rob Phillips ¶5

FISHERBROYLES, LLP
145 S. Fairfax, 2nd Floor
Los Angeles, CA 90036
Telephone: (949) 290-9631

Salazar then checked the neighboring suites but these were vacant. Ms. Salazar then inquired at the security desk as to whether Canyon Partners I was in Suite 530. The security guard did not have a list of tenants and did not know.

*Second*, on March 6, 2026, at 2:40pm, Ms. Salazar attempted service at 930 Roosevelt, Suite 115 and Suite 325.[2] Here, the receptionist told Ms. Salazar that James Turco receives mail at Suite 325 which is a mailbox and not an office. Suite 115 is owned by a Korean company and is not N. Palm Canyon Gateway Partners I, LP or N. Palm Canyon Partners II, LLC.

*Third*, on March 14, 2026, at 8:42am, Ms. Salazar returned to 930 Roosevelt and spoke with an employee. The employee stated that Mr. Turco receives mail but was not available at that time. The employee also refused to accept service on Mr. Turco's behalf.

## C. **Canyon Partners II**

The managing member of Canyon Partners II is JMIG. Compl. Ex. I at 1. The other two members of Canyon Partners II, Baby Rhino 1, LLC, and 6770, LLC, left the partnership. Compl. Ex. N ¶ 4; Compl. Ex. O ¶¶ 31-37; Compl. Ex. J ¶ 45. Additionally, Baby Rhino I, LLC was formally dissolved in 2019 and 6770, LLC was formally dissolved in 2021. Exs. D and E.

The two members of JMIG are James Turco and Margaret Cheng Turco. Compl. Ex. N. at 4, ¶ 5 (identifying James Turco and Margaret Cheng Turco as JMIG's principals); Compl. Ex. O at 4, ¶ 7.

The latest filing on the California Secretary of State's office is dated March 14, 2026. On that filing, Canyon Partners II lists its registered agent and registered address as:

SCIFER
5550 Smokey Mountain Way
Yorba Linda, California 92887

---

[2] 930 Roosevelt, Suite 115 is the registered address for 1875 N. Palm Canyon Partners II, LLC. Ex. F.

Additionally, The latest filing on the California Secretary of States's website also lists 930 Roosevelt, Suite 115, in Irvine, California as Canyon Partners II's principal place of business. Ex. F. This is not, however, true. Suite 115 belongs to a Korean company and it is not believed that Mr. Turco is affiliated with the Korean company.

*First*, on March 5, 2026 at 2:28pm and again on March 6, 2026 at 2:35pm, and Ms. Salazar attempted service at 930 Roosevelt. Like the other attempts at 930 Roosevelt, both attempts were unsuccessful.

*Second*, on March 4, 2026 at 7:59am, Mr. Robert Cavanaugh, a registered California process server, attempted service at 5550 Smokey Mountain Way, in Yorba Linda, California. Canyon Partners II listed this address as registered agent address. Ex. F. Mr. Cavanaugh spoke to someone at the residence through the ring bell. That person said the Turcos and Canyon Partners II were unknown to the resident and no one by the names James and Margaret Cheng Turco, or Canyon Partners II, lived at the address. Mr. Cavanaugh asked a neighbor about the Turcos and Canyon Partners II and the neighbor said "no person named James or Margaret Turco resides at [the] subject address." Ex. A.

*Third*, Mr. Cavanaugh returned to 5550 Smokey Mountain Way on March 5, 2026 at 10:11am and again on March 10, 2026 at 8:42am. The person who responded at the door stated that they do not know who the Turcos are and anything about Canyon Partners II. A Neighbor confirmed that he does not know of the Turcos.

**D. JMIG**

The latest filing on the California Secretary of State's office is dated November 25 2025. Ex. G.  On that filing, Canyon Partners II lists its registered agent and registered address as:

SCIFER
5550 Smokey Mountain Way

FISHERBROYLES, LLP
145 S. Fairfax, 2nd Floor
Los Angeles, CA 90036
Telephone: (949) 290-9631

8

Yorba Linda, California 92887

The corporate filing also lists 930 Roosevelt, Suite 325 as the mailing address and principal place of business.

*First*, on March 5, 2026, at 10:11am, Robert Cavanaugh went to 5550 Smokey Mountain Way in Yorba Linda to serve JM Investment Group. The person who answered the door at 5550 Smokey Mountain Way said they did not know of JM Investment Group or James Turco. Mr. Cavanaugh checked with a neighbor located at 5540 Smokey Mountain Way and the neighbor confirmed that JM Investment Group and the Turcos are not located at 5550 Smokey Mountain Way.

*Second*, on March 6, 2026 at 2:33pm, Ms. Salazar went to 930 Roosevelt and spoke with an employee. The employee did not know of JM Investment Group. Suite 325 is a mailbox.

*Third*, on March 9, 2026 at 2:36pm, Ms. Salazar returned and spoke with an employee. This employee was also unaware of JM Investment Group. The receptionist refused to accept service.

**E.** **Ms. Liu has attempted to serve both Mr. Turco and Ms. Turco at multiple different addresses.**

As demonstrated above, James Turco and Margaret Cheng Turco are the two corporate officers of AGRC, Canyon Partners I, Canyon Partners II, and JMIG. Based on public records searches through LexisNexis and through the assistance of private investigator, Ms. Liu attempted to serve Mr. James Turco and Ms. Margaret Cheng Turco at what were believed to be the Turcos primary residences at three different residences.

*First*, Ms Liu attempted to serve James Turco and Margaret Cheng Turco at the following addresses:

- 5550 Smokey Mountain Way

Yorba Linda, California 92887

Mr. Cavanaugh attempted to serve Mr. James Turco and Ms. Margaret Cheng Turco at this address on:

- o March 5, 2026 at 10:11am
- o March 10, 2026 at 8:42am

Mr. Cavanaugh affirms that Mr. Turco does not reside at this address and no one seems to know who Mr. Turco is at this address.

*Second*, Ms. Liu attempted to serve the Turcos at the following address:

- 2300 Dupont Drive
  Apt. 317
  Irvine, California 92612-8579

Ms. Fedaa Almashal, a registered California process server, affirms that she attempted to serve both Mr. James Turco and Ms. Margaret Cheng Turco at this address on

- o March 22, 2026 at 1:12pm
- o March 24, 2026 at 10:52am
- o March 26, 2026 at 9:59am
- o March 28, 2026 at 11:50am
- o March 30, 2026 at 7:25pm

On the first four attempts, there was no answer at the door. On the final attempt, the gate to the community was closed. Ms. Almashal attempted to call for someone to open the gate but no one answered.

*Third*, Ms. Liu attempted to serve the Turcos at the following address:

- 112 Catalyst
  Irvine, California 92618

Ms. Salazar attempted to serve both Mr. James Turco and Ms. Margaret Cheng Turco at this address on at least four different days.

- o April 3, 2026 at 9:11am

FISHERBROYLES, LLP
145 S. Fairfax, 2nd Floor
Los Angeles, CA 90036
Telephone: (949) 290-9631

10

- April 3, 2026 at 6:21pm
- April 5, 2026 at 4:04pm
- April 5, 2026 at 4:08pm

On her first visit, Ms. Salazar saw that the blinds were open and children's backpacks were on the floor inside the house. But no one answered the door. Additionally, no one answered the door on Ms. Salzar's second and third attempt.

On the fourth attempt, on April 5, 2026 at 4:08pm, someone at the residence answered. That person said that he had resided there since 2022. The resident stated that he recognized the name Turco based on mail he had received a few years ago.

*Fourth*, Ms. Liu attempted to serve the Turcos at the following address:

- 4343 Von Karman Suite 100 (Mr. Turco's advertised real estate office)
  Irvine, CA 92660

Mr. Mike Melendez, a registered California process server, affirms that he attempted to serve Mr. James Turco at this address on.

- April 29, 2026 at 1:19pm

Mr. Melendez spoke with an individual who identified themselves as the tenant and they stated subject unknown. At the address Mr. Melendez observed a package/mail addressed to another and a call/mail box listing subject. Per concierge the subject and company are unknown. Pharmaceutical company is at this suite.[3]

**F.  Ms. Liu's Counsel Contacted the Turcos by Electronic Mail Asking Them to Waive Service and Provide Their Residential Address.**

On March 12, 2026, Ms. Liu's counsel contacted both Jim and Margaret Turco by

---

[3] On April 15, 2026, Plaintiff's counsel Rob L. Phillips also visited 4343 Von Karman Suite 100 and was told Mr. Turcos was not available. Decl. of Rob Phillips ¶5

FISHERBROYLES, LLP
145 S. Fairfax, 2nd Floor
Los Angeles, CA 90036
Telephone: (949) 290-9631

electronic mail. Both Mr. Turco and Ms. Cheng Turco had previously corresponded with Ms. Liu's attorney prior to the filing of the Complaint. Ex. H.

In his March 12, 2026 email, Ms. Liu's counsel asked the Turcos to waive service. Attached to the email were the waiver of service forms, the Complaint, and the accompanying exhibits. Ms. Liu's counsel also asked for the Turcos's residential address so that he could mail the waiver of service forms. Ms. Liu's counsel asked for a response by April 13, 2026. The Turcos never responded.

### **CONCLUSION**

Based on the foregoing, good cause exists to grant an additional sixty (60) days to serve the Turco Corporate Defendants.  Moreover, Ms. Liu has acted with reasonable diligence. She has relied upon the Turcos's filings with the California Secretary of State's Office and those addresses, the addresses that were obtained through LexisNexis public records searches, and the efforts of a private investigator. Lastly, undersigned counsel contacted the Turcos by email asking for their residential address. This Court should permit Ms. Liu to effect service of the Turco Corporate Defendants by serving the California Secretary of State's office.

Dated: May 14, 2026

Respectfully submitted,

/s/ Rob L. Phillips_____

Rob L. Phillips
FisherBroyles, LLP
California Bar Number 175354
145 S. Fairfax Ave., 2nd floor
Los Angeles, CA 90036
Direct: (949) 290-9631
rob.phillips@fisherbroyles.com

Shawn T. Sheehy
FisherBroyles, LLP

FisherBroyles, LLP
145 S. Fairfax, 2nd Floor
Los Angeles, CA 90036
Telephone: (949) 290-9631

D.C. Bar Number 90002670
*Admitted Pro Hac Vice*
1200 G Street NW.
Suite 800
Washington, D.C. 20005
Direct: 202-258-0741
shawn.sheehy@fisherbroyles.com

He Xian
FisherBroyles, LLP
Michigan Bar Number P81366
*Pro Hac Vice* forthcoming
400 Renaissance Center, Suite 2600
Detroit, MI 48243
Direct: 678-539-9029
he.xian@fisherbroyles.com


*Counsel to Ms. Jing Liu*


## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Plaintiff Jing Liu, certifies that this brief contains 2,907 words, which complies with the word limit of L.R. 11-6.1.

May 15, 2026

/s/ Rob L Phillips
Rob L. Phillips

FISHERBROYLES, LLP
145 S. Fairfax, 2nd Floor
Los Angeles, CA 90036
Telephone: (949) 290-9631

**CERTIFICATE OF SERVICE**

The undersigned, counsel of record for Plaintiff Jing Liu, certifies that the foregoing was served on all Defendants by CM/ECF and electronic mail to the following electronic mail addresses:

SHAINA C. ST JOHN
Assistant United States Attorney
Federal Building,
Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2933
Facsimile: (213) 894-7819
Email: Shaina.StJohn@usdoj.gov

*Counsel to the Federal Defendants*

James Turco:
jturco@agrcusa.com

Margaret Cheng Turco
mturco@agrcusa.com

May 15, 2026

/s/ Rob L Phillips
Rob L. Phillips

14