UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JING LIU,<br><br>                    Plaintiff,<br><br>                    v.<br><br>JIM TURCO, an individual, et al.,<br><br>                    Defendants. | No. 2:26-cv-01671-CAS-KSx<br><br>**ORDER GRANTING JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE**<br><br>Honorable Christina A. Snyder<br>United States District Judge |

The Court has received the parties Joint Stipulation for Leave to File First Amended Complaint and Briefing Schedule and, having reviewed it, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1.    Plaintiff Jing Liu shall filed a First Amended Complaint by Monday, June 29, 2026.

2.    Markwayne Mullin,1 Joseph B. Edlow, and Alissa Emmel, shall file a response to the First Amended Complaint within 60 days of Plaintiff filing the First Amended Complaint.

IT IS SO ORDERED.

Dated: May 27, 2026

*Christine A. Snyder*

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE