Rob L. Phillips
FisherBroyles, LLP
California Bar Number 175354
145 S. Fairfax Ave., 2nd floor
Los Angeles, CA 90036
Direct: (949) 290-9631
rob.phillips@fisherbroyles.com

Shawn T. Sheehy
FisherBroyles, LLP
D.C. Bar Number 90002670
*Pro Hac Vice* pending
1200 G Street NW.
Suite 800
Washington, D.C. 20005
Direct: 202-258-0741
shawn.sheehy@fisherbroyles.com

He Xian
FisherBroyles, LLP
Michigan Bar Number P81366
*Pro Hac Vice* forthcoming
400 Renaissance Center, Suite 2600
Detroit, MI 48243
Direct: 678-539-9029
he.xian@fisherbroyles.com
*Counsel to* Ms. Jing Liu

*Attorneys for Plaintiff Jing Liu*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JING LIU, an individual,<br><br>               Plaintiff,<br><br>v.<br><br>JIM TURCO, an individual, MARGARET CHEN, an individual, AMERICAN GATEWAY REGIONAL CENTERS, LLC, a California limited liability company, 1875 N. PALM CANYON GATEWAY PARTNERS I, LP, | Case No. 2:26-cv-01671-CAS-KSx<br><br>**EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME TO SERVE INDIVIDUAL DEFENDANTS JIM TURCO AND MARGARET CHEN TURCO** |

**FISHERBROYLES, LLP**
145 S. Fairfax, 2nd Floor
Los Angeles, CA 90036
Telephone: (949) 290-9631

1

a California limited partnership, 1875 N. PALM CANYON GATEWAY PARTNERS II, LP, a California limited partnership, JM INVESTMENT GROUP, LLC, a California limited liability company, KRISTI NOEM, Secretary of the Department of the Homeland Security, ALISSA EMMEL, Chief of the Immigrant Investor Program Office United States Citizenship and Immigration Services

Defendants.

FISHERBROYLES, LLP
145 S. Fairfax, 2nd Floor
Los Angeles, CA 90036
Telephone: (949) 290-9631

## **BACKGROUND**

Five months have passed since Plaintiff, Jing Liu, filed her Complaint. The U.S. Attorney's Office was served on March 4, 2026 in accordance with Fed. R. Civ. P. 4(i)(1)(A)(i). Pursuant to the Court's permission, the corporate Defendants American Gateway Regional Centers, LLC ("AGRC"), 1875 N. Palm Canyon Gateway Partners I, LP ("Canyon Partners I"), 1875 N. Palm Canyon Partners II, LLC ("Canyon Partners II), and the JM Investment Group, LLC ("JMIG") were served via the Secretary of State's office on May 27, 2026.

However, as detailed below, despite diligent efforts, individual Defendants James Turco and Margaret Cheng Turco (collectively the "Turcos") have yet to be served. Ms. Liu has caused process servers to travel to multiple addresses with no success. Ms. Liu has engaged the services of a private investigator to current address for the Turcos with no success. Counsel for the Turcos has traveled to a real estate office purportedly operated by the Turcos with no success.

Accordingly, Ms. Liu respectfully requests an order extending the time to serve the Turcos.

FISHERBROYLES, LLP
145 S. Fairfax, 2nd Floor
Los Angeles, CA 90036
Telephone: (949) 290-9631

## **STANDARD OF REVIEW**

Rule 4(m) of the Federal Rules of Civil Procedure provides:

If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

In this case, the Complaint was filed on February 17, 2026. Thus, the initial deadline to serve the Complaint was May 18, 2026. On May 19, 2026 (Dkt. No. 35) the Court granted Plaintiff an additional sixty (60) days until July 17, 2026 to serve the Turcos. Despite diligent efforts, Plaintiff has not yet been able to serve the Turcos. Efforts are ongoing.

## **BACKGROUND**

Ms. Liu, through her counsel, took the following actions to try and locate the Turcos:

- LexisNexis Public Records Searches for the addresses of the personal residences of James Turco and Margaret Cheng Turco;

- Plaintiff's process servers asked receptionists and other employees concerning the whereabouts of James Turco and Margaret Cheng Turco;

- Plaintiff's process servers asked neighbors concerning the whereabouts of James Turco and Margaret Cheng Turco;

- Counsel emailed both James Turco and Margaret Cheng Turco asking for their address; and

- Plaintiff hired a private investigator to search for addresses associated with James Turco and Margaret Cheng Turco.

In her initial Motion to Extend the Time to Serve the Turcos (Dkt. No. 34), Plaintiff detailed the numerous attempts by registered and licensed process servers been made to serve the Turcos. Despite being granted an additional sixty (60) days to serve the Turcos, service has not yet been completed.

Counsel has attempted on multiple occasions to serve James Turco and/or Margaret Turco at their office but is not permitted to pass through the lobby without a scheduled meeting. (See, Declaration of Rob L. Phillips at ¶3). Counsel is working with individuals in an attempt to locate and serve both James Turco and/or Margaret Turco. (see, Id. at ¶4). Therefore, additional time is needed to accomplish the personal service. (see, Id.)

If personal service is not possible within the next thirty (30) days, Plaintiff will petition this Court to serve the Turcos by substitute service at one of their places of business under California Code of Civil Procedure § 415.20(b) which states:

> (b) If a copy of the summons and complaint cannot with reasonable diligence be personally delivered to the person to be served, as specified in Section 416.60, 416.70, 416.80, or 416.90, a summons may be served by leaving a copy of the summons and complaint at the person's dwelling house, usual place of abode, usual place of business, or usual mailing address other than a United States Postal Service post office box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a United States Postal Service post office box, at least 18 years of age, who shall be informed of the contents thereof, and by thereafter mailing a copy of the summons and of the complaint by first-class mail, postage prepaid to the person to be served at the place where a copy of the summons and complaint were left. Service of a summons in this manner is deemed complete on the 10th day after the mailing.

Thus, under CCP §415.20(b) if personal service fails, substitute service may be effected at their usual place of business.

## CONCLUSION

Based on the foregoing good cause shown, Plaintiff respectfully requests an additional sixty (60) days until September 15, 2026 to serve the Turcos.

Dated: July 17, 2026

Respectfully submitted,

/s/ Rob L. Phillips

FISHERBROYLES, LLP
145 S. Fairfax, 2nd Floor
Los Angeles, CA 90036
Telephone: (949) 290-9631

4

Rob L. Phillips
FisherBroyles, LLP
California Bar Number 175354
145 S. Fairfax Ave., 2nd floor
Los Angeles, CA 90036
Direct: (949) 290-9631
rob.phillips@fisherbroyles.com

Shawn T. Sheehy
FisherBroyles, LLP

D.C. Bar Number 90002670
*Admitted Pro Hac Vice*
1200 G Street NW.
Suite 800
Washington, D.C. 20005
Direct: 202-258-0741
shawn.sheehy@fisherbroyles.com

He Xian
FisherBroyles, LLP
Michigan Bar Number P81366
*Pro Hac Vice* forthcoming
400 Renaissance Center, Suite 2600
Detroit, MI 48243
Direct: 678-539-9029
he.xian@fisherbroyles.com
*Counsel to Ms. Jing Liu*

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Plaintiff Jing Liu, certifies that this brief contains 1077 words, which complies with the word limit of L.R. 11-6.1.

July 17, 2026

/s/ Rob L Phillips
Rob L. Phillips

FISHERBROYLES, LLP
145 S. Fairfax, 2nd Floor
Los Angeles, CA 90036
Telephone: (949) 290-9631

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Plaintiff Jing Liu, certifies that the foregoing was served on the following Defendants by CM/ECF and electronic mail to the following electronic mail addresses:

SHAINA C. ST JOHN
Assistant United States Attorney
Federal Building,
Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2933
Facsimile: (213) 894-7819
Email: Shaina.StJohn@usdoj.gov

*Counsel to the Federal Defendants*

July 17, 2026

/s/ Rob L Phillips
Rob L. Phillips

**FISHERBROYLES, LLP**
145 S. Fairfax, 2nd Floor
Los Angeles, CA 90036
Telephone: (949) 290-9631