UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26cv01671 CAS (KSx) Date: August 3, 2026

Title *JING LIU v. JAMES TURCO; ET AL.*

Present: The Honorable: CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) – ORDER TO SHOW CAUSE**

On May 27, 2026, the parties' Joint Stipulation for Leave to File First Amended Complaint and Briefing Schedule[37] was granted by this Court's Order[42], allowing plaintiff to file a First Amended Complaint no later than June 29, 2026. To date, plaintiff has not filed a First Amended Complaint, nor have defendants **AMERICAN GATEWAY REGIONAL CENTERS, LLC; 1875 N. PALM CANYON GATEWAY PARTNERS I, LP; 1875 N. PALM CANYON GATEWAY PARTNERS II, LP; JM INVESTMENT GROUP, LLC; KRISTI NOEM; JOSEPH B. EDLOW; and ALISSA EMMEL** answered the initial complaint[1].

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **<u>August 24, 2026</u>**, why this action should not be dismissed for lack of prosecution as to **defendants AMERICAN GATEWAY REGIONAL CENTERS, LLC; 1875 N. PALM CANYON GATEWAY PARTNERS I, LP; 1875 N. PALM CANYON GATEWAY PARTNERS II, LP; JM INVESTMENT GROUP, LLC; KRISTI NOEM; JOSEPH B. EDLOW; and ALISSA EMMEL, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26cv01671 CAS (KSx) Date: August 3, 2026

Title *JING LIU v. JAMES TURCO; ET AL.*

Plaintiff is advised that the Court will consider an answer by **defendants AMERICAN GATEWAY REGIONAL CENTERS, LLC; 1875 N. PALM CANYON GATEWAY PARTNERS I, LP; 1875 N. PALM CANYON GATEWAY PARTNERS II, LP; JM INVESTMENT GROUP, LLC; KRISTI NOEM; JOSEPH B. EDLOW; and ALISSA EMMEL,** or plaintiff's request for entry of default on these defendants on or before the above date, as a satisfactory response to the Order to Show Cause.

| | |
|---|---|
| | 00:00 |
| **Initials of Preparer** | CMJ |