Rob L. Phillips
FisherBroyles, LLP
California Bar Number 175354
145 S. Fairfax Ave., 2nd floor
Los Angeles, CA 90036
Direct: (949) 290-9631
rob.phillips@fisherbroyles.com

Shawn T. Sheehy
FisherBroyles, LLP
D.C. Bar Number 90002670
*Pro Hac Vice* pending
1200 G Street NW.
Suite 800
Washington, D.C. 20005
Direct: 202-258-0741
shawn.sheehy@fisherbroyles.com

He Xian
FisherBroyles, LLP
Michigan Bar Number P81366
*Pro Hac Vice* forthcoming
400 Renaissance Center, Suite 2600
Detroit, MI 48243
Direct: 678-539-9029
he.xian@fisherbroyles.com
*Counsel to* Ms. Jing Liu

*Attorneys for Plaintiff Jing Liu*

FISHERBROYLES, LLP
145 S. Fairfax, 2nd Floor
Los Angeles, CA 90036
Telephone: (949) 290-9631

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JING LIU, an individual,

Plaintiff,

v.

JIM TURCO, an individual; et al.,

Defendants.

Case No. 2:26-cv-01671-CAS-KSx

**ORDER**

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

FISHERBROYLES, LLP
145 S. Fairfax, 2nd Floor
Los Angeles, CA 90036
Telephone: (949) 290-9631

**ORDER**

The Court, having considered the Parties' joint stipulation and finding good cause, orders as follows:

1. The Zoom Status Conference set for September 14, 2026 at 11:00 a.m., is hereby vacated, and continued to September 28, 2026, at 11:00 a.m. before Judge Christina A. Snyder. Zoom Webinar Information can be found on the Court's Website, under Judge Snyder's Procedures and Schedules.

**IT IS SO ORDERED**

DATED: September 3, 2026

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED DISTRICT COURT JUDGE